**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **JEFFREY C. YEAGER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 8:16-cv-00545-RAL-AEP |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

**COMES NOW** defendant Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Jeffrey C. Yeager against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 9th day of May, 2016.

                                            */s/ R. Frank Springfield*
                                            R. Frank Springfield (FL Bar # 0010871)
                                            Jacqueline Simms-Petredis (FL Bar # 0906751)
                                            BURR & FORMAN LLP
                                            201 North Franklin Street, Suite 3200
                                            Tampa, FL 33602
                                            Telephone:  (813) 221-2626
                                            Fax: (813) 357-3534
                                            frank.springfield@burr.com
                                            jsimms-petredis@burr.com
                                            Attorneys for Defendant
                                            WELLS FARGO BANK, N.A.

27486644 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher W. Boss, Esq.
9887 Fourth Street North, Suite 202
St. Petersburg, FL 33702
Phone: (727) 471-0039
Fax: (888) 503-2182
Email: cpservice@protectyourfuture.com

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  N/A                    .

/s/ R. Frank Springfield
R. Frank Springfield (FL Bar # 0010871)